IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-CV-01509-RPM-MJW

LYNETTE WINTERS,

Plaintiff,

v.

ELIZABETH CIEZKI, M.D.,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that the Defendant's Elizabeth Ciezki, M.D.'s Motion to Compel Expert Disclosures (docket no. 55) is DENIED.  After review of the Plaintiff's response and attachments to the response, this court finds that Plaintiff has complied with her obligation under Fed. R. Civ. P. 26(a)(2).

Date:  June 20, 2005