IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.   04-cv-01509-RPM-MJW

LYNETTE WINTERS,

     Plaintiff,
v.

ELIZABETH CIEZKI, M.D.,

     Defendant.

---

ORDER FOR SUPPLEMENTAL PRETRIAL CONFERENCE

---

     On December 21, 2005, the parties filed a joint motion to set this matter for trial. Upon a review of the pretrial order entered by Magistrate Judge Watanabe on July 29, 2005, the Court concludes that the order is insufficient in that there are few stipulations of fact; there is insufficient identification of witnesses to be called at trial and there is an insufficient identification of suggested motions in *limine.*  It is therefore

     ORDERED that a supplemental pretrial conference will be convened at **10:30 a.m. on February 2, 2006,**  in the Conference Room, Second Floor, the Byron White United States Courthouse, 18th and Stout Streets, Denver, Colorado.  Counsel are directed to comply with the Instructions for Preparation and Submission of Final Pretrial Order which may be found at **www.cod.uscourts.gov/rules frame.htm** (Appendix G). In addition, the proposed Final Pretrial Order shall be submitted by E-mail to **Matsch_Chambers@cod.uscourts.gov** by January 25, 2006.  A trial setting will be

made at the supplemental pretrial conference.

    Dated: December 23rd, 2005

                                    BY THE COURT:

                                    s/Richard P. Matsch
                                    _____
                                    Richard P. Matsch, Senior District Judge