IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.   04-cv-01509-RPM-MJW

LYNETTE WINTERS,

     Plaintiff,

v.

ELIZABETH CIEZKI, M.D.,

     Defendant.

___

## ORDER
___

     Pursuant to the supplemental pretrial conference convened today, it is

     ORDERED that this matter is set for trial to jury on **April 3, 2006, at 9:00 a.m., with counsel to be present at 8:30 a.m. on the first morning of trial,** in Courtroom A, Second Floor, the Byron White United States Courthouse, 18th and Stout Streets, Denver, Colorado.  Trial procedures may be found at **www.cod.uscourts.gov/judges_frame.htm** (RPM procedures).

     Dated: February 2, 2006

                                    BY THE COURT:

                                    s/Richard P. Matsch
                                    _____
                                    Richard P. Matsch, Senior District Judge