IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.   04-cv-01509-RPM-MJW

LYNETTE WINTERS,

      Plaintiff,

v.

ELIZABETH CIEZKI, M.D.,

      Defendant.

_____

## RULING ON OBJECTIONS TO DR. LAUTER'S TESTIMONY
_____

All objections are overruled except on page 134, lines 14-19 the objection is sustained and those lines deleted.  The objection to lines 12 and 13 are overruled.

The objection to the withdrawn objection at page 113, line 20 to page 114, line 1 is sustained and those lines are deleted.

The objection is sustained as to the colloquy from page 152, line 23 to page 153, line 5 and those lines are removed.

Dated: March 30, 2006

                    BY THE COURT:

                    s/Richard P. Matsch

                    _____

                    Richard P. Matsch, Senior District Judge