

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR - 7 2006

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 04-cv-01509-RPM

LYNETTE WINTERS,

    Plaintiff,

v.

ELIZABETH CIEZKI, M.D.,

    Defendant.

## STIPULATION AND ORDER REGARDING CUSTODY OF EXHIBITS AND DEPOSITIONS

IT IS STIPULATED AND ORDERED that at the conclusion of the trial which began on April 3, 2006, counsel for the parties shall retain custody of their respective exhibits and depositions until such time as all need for the exhibits and depositions has terminated and the time to appeal has expired or all appellate proceedings have been terminated plus sixty days.

DATED at Denver, Colorado this 7 day of April, 2006.

BY THE COURT:

_____
Richard P. Matsch, Senior District Judge
United States District Court

APPROVED AS TO FORM:

_____       _____
ATTORNEY FOR PLAINTIFF      ATTORNEY FOR DEFENDANT