IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.   04-cv-01509-RPM-MJW

LYNETTE WINTERS,

     Plaintiff,

v.

ELIZABETH CIEZKI, M.D.,

     Defendant.

---

## ORDER TO RESPOND TO MOTION FOR REVIEW OF COSTS

---

On May 2, 2006, the defendant Elizabeth Ciezki filed a Motion for Review of Clerk's Award of Fees Pursuant to Fed.R.Civ. P. 54(d).  While the pleading is designated "fees," the body of the motion is for the award of costs under 28 U.S.C. § 1920, in addition to the $332.90 awarded by the Clerk on April 25, 2006.  It is now

ORDERED that the plaintiff will respond to the motion on or before May 24, 2006.

Dated: May 11th , 2006

                            BY THE COURT:

                            s/Richard P. Matsch

                            _____
                            Richard P. Matsch, Senior District Judge