IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.   04-cv-01509-RPM

LYNETTE WINTERS,

     Plaintiff,

v.

ELIZABETH CIEZKI, M.D.,

     Defendant.

---

ORDER ON DEFENDANT'S MOTION FOR REVIEW OF AWARD OF COSTS

---

Upon consideration of the defendant's motion for review of Clerk's award of costs, filed May 2, 2006, and the plaintiff's response, filed May 23, 2006, the Court finds and concludes that the defendant is entitled to the recovery of $752.95 for copies of the depositions identified as necessary costs and $1,863.44 as copying costs, also necessary for the trial of this civil action.  The court has no statutory authority to award the costs and fees for expert witnesses.  It is therefore

ORDERED that the Clerk's award of costs shall be increased in the total amount of $2,616.39 and the defendant's motion for additional costs beyond these amounts is denied.

Dated: May 30th , 2006

                            BY THE COURT:

                            s/Richard P. Matsch
                            _____
                            Richard P. Matsch, Senior District Judge